**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| The ERISA Industry Committee, National Labor Alliance of Health Care Coalitions, The Cigna Group, *and* Cigna Health and Life Insurance Company, | Case No.:  0:24-cv-04639-KMM-SGE |
| Plaintiffs, | |
| v. | **THE CIGNA GROUP AND CIGNA HEALTH AND LIFE INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME & PROTECTIVE ORDER AND/OR IMPLEMENTATION RELIEF** |
| Minnesota Department of Commerce and Grace Arnold, *in her official capacity as Commissioner of the Minnesota Department of Commerce*, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 6(b)(1), Fed. R. Civ. P. 16(b)(4) and Fed. R. Civ. P. 26(c) and Local Rule 16.3, Cigna respectfully moves the Court (1) for an order extending the deadline for Cigna to complete compliance with the Court's order (ECF No. 70) to March 19, 2026, and (2) for a protective order or other implementation relief adopting the parties' following agreed parameters for Cigna's search, collection, and production to the compelled requests for production:

For 12 Cigna ERISA client plan accounts selected according to the parties' agreed procedure, Cigna will:

- Collect and produce the Administrative Services Only agreement between Cigna and the plan sponsor (RFP Nos. 6, 7, 8, 9, 11);

- Collect and produce the summary plan descriptions (RFP Nos. 6, 7, 8, 9, 11);

- Search for, collect, and produce any client-specific formularies to the extent they exist (RFP 9);

- Collect the email communications dating back to August 1, 2019, between the plan sponsors (including any applicable brokers to the extent Cigna is aware of such brokers' identities) and the Cigna account representative(s) for the respective accounts and search for all those relating to

  - (i) "PBMs making recommendations to ERISA plan sponsors on the design of their benefit plans" (RFP 6);

  - (ii) "any recommendations or advice PBMs have given to" the selected ERISA plan sponsors (RFP 8);

  - (iii) plan sponsors "making determinations of what drugs the plan covers, how much the plan will pay for those drugs, and at which pharmacies beneficiaries can have prescriptions filled" (RFP 7); and

  - (iv) references to "fiduciary" (RFP 11).

This unopposed motion is based upon all files, records, and proceedings herein, including Cigna's memorandum of law supporting the motion and the declarations of Sarah P. Hogarth, and Eric Affholter.

Plaintiffs The ERISA Industry Committee and National Labor Alliance of Health Care Coalitions and Defendants do not oppose Cigna's motion.

Dated: February 17, 2026             Respectfully submitted,

By:    */s/ Douglas R. Boettge*
Douglas R. Boettge (0237292)
David Lamb (0505468)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402

*Attorneys for All Plaintiffs*

2

Joshua B. Simon (*pro hac vice*)
Warren Haskel (*pro hac vice*)
Chelsea Cosillos (*pro hac vice*)
**McDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5356
Facsimile:  (212) 547-5444
jsimon@mcdermottlaw.com
whaskel@mcdermottlaw.com
ccosillos@mcdermottlaw.com

Sarah P. Hogarth (*pro hac vice*)
**McDERMOTT WILL & SCHULTE LLP**
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: (202) 756-8000
Facsimile:  (201) 756-8087
shogarth@mcdermottlaw.com

*Attorneys for Plaintiffs The Cigna Group
and Cigna Health and Life Insurance
Company*

3