**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

The ERISA Industry Committee, National
Labor Alliance of Health Care Coalitions,
The Cigna Group, *and* Cigna Health and
Life Insurance Company,

              Plaintiffs,

     v.

Minnesota Department of Commerce and
Grace Arnold, *in her official capacity as*
*Commissioner of the Minnesota*
*Department of Commerce*,

              Defendants.

Case No.:  0:24-cv-04639 (KMM/SGE)

**ORDER**

---

The Court has reviewed Cigna's Unopposed Motion for Extension of Time and for Protective Order and/or Implementation Relief. (Dkt. 72.)  Pursuant to Fed. R. Civ. P. 6(b)(1), Fed. R. Civ. P. 16(b)(4), Fed. R. Civ. P. 26(c)(1) and Local Rule 16.3, the Court finds that good cause has been shown and **HEREBY ORDERS** that:

1. Cigna's Unopposed Motion for Extension of Time and for Protective Order and/or Implementation Relief is **GRANTED**;

2. Cigna shall continue to respond to the Court's Order granting in part Defendants' Motion to Compel (Dkt. 70) and compliance must be complete by March 19, 2026;

3. The Court adopts the parties' agreed search, collection, and production parameters governing Cigna's compliance with the Court's order, these parameters include selecting 12 Cigna ERISA client plans for which Cigna will:

   a. Collect and produce the Administrative Services Only agreement between Cigna and the plan sponsor (RFP Nos. 6, 7, 8, 9, 11);

   b. Collect and produce the summary plan descriptions (RFP Nos. 6, 7, 8, 9, 11);

   c. Search for, collect, and produce any client-specific formularies to the extent they exist (RFP 9);

   d. Collect the email communications dating back to August 1, 2019, between the plan sponsors (including any applicable brokers to the extent Cigna is aware of such brokers' identities) and the Cigna account representative(s) for the respective accounts and search for all those relating to

      i. "PBMs making recommendations to ERISA plan sponsors on the design of their benefit plans" (RFP 6);

      ii. "any recommendations or advice PBMs have given to" the selected ERISA plan sponsors (RFP 8);

      iii. plan sponsors "making determinations of what drugs the plan covers, how much the plan will pay for those drugs, and at which pharmacies beneficiaries can have prescriptions filled" (RFP 7); and

iv.  references to "fiduciary" (RFP 11).

4.  The amended scheduling order deadlines detailed in the Court's Order (Dkt. 70 at 27) remain unchanged.

Dated:  February 24, 2026          *s/Shannon G. Elkins*
                                   SHANNON G. ELKINS
                                   United States Magistrate Judge